HORN & HARDART COMPANY, Respondent, *v.* 115 EAST 14TH STREET COMPANY, INC., Appellant and Respondent, and THIRD HOLDING CORPORATION, Respondent and Appellant.

Argued October 18, 1939; decided November 14, 1939.

804

*Benjamin Reass, Murry C. Becker* and *Irving Moldauer* for 115 East 14th Street Company, Inc., defendant, appelland and respondent.

*I. Maurice Wormser* and *Charles Fredericks* for Third Holding Corporation, defendant, respondent and appellant.

*William Dean Embree, Samuel Ross Ballin* and *William Shields, Jr.,* for plaintiff, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.